NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


XAVIER WILLIAMS,                              )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No.  2D17-4302
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
_____  )

Opinion filed August 10, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess, III,
Judge.

Xavier Williams, pro se.


PER CURIAM.

            Affirmed.



SILBERMAN, KELLY, and SLEET, JJ., Concur.